Fill in this information to identify the case:

Debtor name: **B&B Aesthetics Labs, LLC**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hiep Tran<br>6518 S. Gena Lee Drive<br>Houston, TX 77064 | | Note | | | | $150,000.00 |
| MCP Wellness II LP<br>641 Lexington Ave.<br>18th Floor<br>New York, NY 10022 | | Convertible Note | | | | $5,542,740.00 |
| Merida Capital Partners II & III LP<br>641 Lexington Ave.<br>18th Floor<br>New York, NY 10022 | | Promissory Notes | | | | $732,758.00 |