# United States Bankruptcy Court
## Northern District of Texas

In re   **B&B Aesthetics Labs, LLC**                                Case No.
                                           Debtor(s)                  Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **B&B Aesthetics Labs, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

December 18, 2020                             /s/ Robert A. Simon
Date                                                     Robert A. Simon 18390000
                                                       Signature of Attorney or Litigant
                                                       Counsel for   **B&B Aesthetics Labs, LLC**
                                                       **Whitaker Chalk Swindle and Schwartz**
                                                       301 Commerce St. STE 3500
                                                       Fort Worth, TX 76102
                                                       817-878-0500 Fax:817-878-0501
                                                       rsimon@whitakerchalk.com